# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Centaur, LLC., *et al.*,<br><br>Reorganized Debtors. | Case No. 10-10799 (KJC)<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases |
| FTI CONSULTING, INC., as Trustee to the<br>Centaur, LLC Litigation Trust,<br><br>Plaintiff,<br>v.<br><br>JOSEPH SWEENEY and LINDA PORR SWEENEY,<br><br>Defendants. | Adversary No. 12-50423 (KJC) |

## NOTICE OF COMPLETION OF BRIEFING

Plaintiff FTI Consulting, Inc, as Trustee to the Centaur, LLC Litigation Trust ('FTI') hereby gives notice that briefing concerning its motion for summary judgment, identified below, is now complete. Relevant pleadings are as follows:

1. *Plaintiff's Motion For Summary Judgment* filed on May 8, 2015 (D.I. 51)

2. *Plaintiff FTI Consulting Inc.'s Brief In Support Of Its Motion For Summary Judgment* filed on May 8, 2015 (D.I. 52)

3. *Appendix In Support Of Plaintiff's Motion For Summary Judgment* filed on May 8, 2015 (D.I. 53)

4. *Brief In Opposition to Plaintiff's Motion For Summary Judgment* filed on June 9, 2015 (D.I. 54)

5. *Defendants' [SEALED] Exhibit E To The Brief In Opposition to Plaintiff's Motion For Summary Judgment* FILED UNDER SEAL on June 9, 2015 (D.I. 55)

6. *Plaintiff FTI Consulting Inc.'s Reply Brief In Support Of Its Motion For Summary Judgment* filed on August 21, 2015 (D.I. 62)

7. *Supplemental Appendix In Support Of Plaintiff's Motion For Summary Judgment* filed on August 21, 2015 (D.I. 63)

8. *FTI's Motion To File Exhibit Under Seal* filed on August 21, 2015 (D.I. 65)

9. *Order Granting FTI's Motion To File Exhibit I Under Seal* filed on August 24, 2015 (D.I. 66)

**Dated**: August 31, 2015

Respectfully submitted,

**ROSENTHAL MONHAIT & GODDESS, P.A.**

By: /s/ Norman M. Monhait
Norman M. Monhait (#1040)
nmonhait@rmgglaw.com
919 Market Street, Suite 1401
Wilmington, Delaware 19801
Telephone: (302) 656-4433
Facsimile: (302) 658-7567

- and -

**REID COLLINS & TSAI LLP**
Gregory S. Schwegmann
Joshua J. Bruckerhoff
1301 S. Cap. Of Texas Hwy
Suite C300
Austin, Texas 78746
Telephone: (512) 647-6100
Facsimile: (512) 647-6129

*Counsel for FTI Consulting, Inc., as Trustee of the Centaur LLC Litigation Trust*